

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2023

No. 04-22-00496-CR

Jamila Rene **CORTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7659
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief was originally due December 16, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to January 17, 2023. On January 10, 2023, appellant filed a motion requesting an additional extension of time to file the brief until March 17, 2023, for a total extension of ninety-one days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by March 17, 2023**. **No further requests for extension of time will be considered absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court